IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WADE RICHARDS,

            Plaintiff,

      vs.                                Case No. 05-1262-JTM

MICHAEL J. ASTRUE, Commissioner of
Social Security,

            Defendant.

MEMORANDUM AND ORDER

       This matter is before the court on the defendant Commissioner's motion for final judgment. The issue in this case was whether plaintiff Wade Richards was entitled to disability insurance benefits under Title II of the Social Security Act (the Act) 42 U.S.C. § 401 et seq.  Richards contended that he became disabled in November 2002, but his application was denied in an ALJ decision, and the present action was filed subsequently filed. On October 27, 2005, this court remanded the case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g), thereby retaining jurisdiction.

       The Commissioner has informed the court that on February 9, 2007, an administrative law judge (ALJ) issued a fully favorable decision, finding that Richards was disabled as of November 15, 2002.  Since there are no unresolved issues for the court's consideration, the court hereby enters final judgment.

IT IS SO ORDERED this 9th day of May, 2007 that the defendant's Motion for Final

Judgment (Dkt. No. 8) is hereby granted.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE